GELBER, GELBER, INGERSOLL
& KLEVANSKY
A Law Corporation

SIMON KLEVANSKY 3217-0
[E-mail: sklevansky@ggik.com]
ALIKA L. PIPER 6949-0
[E-mail: apiper@ggik.com]
745 Fort Street, Suite 1400
Honolulu, Hawaii 96813
Telephone No. (808) 524-0155
Facsimile No. (808) 531-6963

Attorneys for Debtors



FILED
U.S. BANKRUPTCY COURT
DISTRICT OF HAWAII

03 JUN 10 AM 2: 43

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re | ) Case No. 03-01088 |
| | ) (Chapter 11) |
| H&W FOODS ACQUISITION | ) (Jointly Administered) |
| CORP., et al., | ) (Honorable Robert J. Faris) |
| | ) |
| Debtors. | ) DECLARATION OF JOSEPH J. |
| | ) AZZARO IN SUPPORT OF |
| This document relates to: | ) MOTION FOR ORDER |
| | ) APPROVING STIPULATION |
| H&W FOODS ACQUISITION | ) FOR MODIFICATION OF |
| CORP., | ) AUTOMATIC STAY |
| Case No. 03-01088 | ) |
| | ) |

ORIGINAL

DECLARATION OF JOSEPH J. AZZARO
IN SUPPORT OF MOTION FOR ORDER
APPROVING STIPULATION FOR
<u>MODIFICATION OF AUTOMATIC STAY</u>

JOSEPH J. AZZARO declares, under penalty of perjury, that:

1. I am the (i) President, Treasurer and Director of H&W Foods Acquisition Corp., (ii) Vice President, Treasurer, and Director of H&W Distributors, Inc., and (iii) Chief Executive Officer, Treasurer and Director of Palama Meat Company, Inc., the debtors and debtors-in-possession. I have also been designated as the responsible person in these jointly administered cases.

2. I make this declaration in support of the Motion for Order Approving Stipulation for Modification of Automatic Stay (the "Motion"), in which Debtor H&W Foods Acquisition Corp. (the "Debtor") seeks an order approving a Stipulation for Modification of the Automatic Stay (the "Stipulation") entered into with Nani Ceasar ("Ceasar").

3. All of the statements of fact in the Motion are true and correct to the best of my knowledge, information and belief.

4. I believe it is in the best interests of the Debtor's estate to enter into the Stipulation. There is a possibility that Ceasar would have obtained relief from the automatic stay if he would have filed a motion, and pursuant to the Stipulation, Ceasar's recovery is limited only to any available insurance proceeds.

DATED: Honolulu, Hawaii, __6/5/03__, 2003.

_____
JOSEPH J. AZZARO

09181789:2

**DECLARATION OF JOSEPH J. AZZARO IN SUPPORT OF MOTION FOR ORDER APPROVING STIPULATION FOR MODIFICATION OF AUTOMATIC STAY**
In re H&W Foods Acquisition Corp., et al., Case No. 03-01088 (Jointly Administered) (Chapter 11), United States Bankruptcy Court for the District of Hawaii